IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR W. COOPER,

    Plaintiff,

v.

STATE OF CALIFORNIA,

    Defendant.

No. C 02-03712 JSW

**ORDER OF REFERRAL**

On September 5, 2006, Michael Camou filed a letter that the Court construed as a motion to enforce the Settlement Agreement in this case. Mr. Camous has consented to "have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and the entry of a final judgment." (*See* Dockets 137, 140.)

Accordingly, pursuant to that Consent, the Court HEREBY ORDERS that Mr. Camou's Motion to Enforce the Settlement Agreement is REFERRED FOR FINAL DISPOSITION to Magistrate Judge Spero. Any appeal from Judge Spero's Order shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: September 19, 2006

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE