UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WAYNE COOPER,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant.<br>_____/ | No. C-02-3712 JSW (JCS)<br><br>**ORDER SETTING BRIEFING**<br>**SCHEDULE [Docket Nos. 137, 138]** |

    Before the Court are motions brought by two inmates of California State Prison - Solano, Mike Camou and Michael Vaughn. Each asserts that he was a participant in the Kosher Diet Program established under the Cooper Settlement Agreement and that in recent months he has been removed from the program as part of the implementation of a statewide kosher diet program. The Court sets the following briefing schedule regarding the motions: Defendants shall file an Opposition addressing the issues raised in both motions no later than Friday, October 20, 2006. Inmates Camou and Vaughn shall each file a Reply no later than Monday, November 20, 2006.

    In their Opposition, Defendants shall address the nature and scope of the Court's authority under the Settlement Agreement regarding the statewide kosher diet program. In particular, Defendants shall address the significance of: 1) Section II(6) of the Settlement Agreement, requiring that Defendants "shall make good faith efforts to comply on a California State-wide basis with applicable law governing provision of kosher meals . . ." and requiring that Defendants "shall maintain the Kosher Diet Program so long as it is required under applicable law;" and 2) Section

II(8) of the Settlement Agreement, giving the Court continuing jurisdiction over the case for three years *after* full implementation of the statewide program. In addition, Defendants may address any other issues pertinent to the motions brought by Inmates Camou and Vaughn.

IT IS SO ORDERED.

Dated: September 27, 2006

JOSEPH C. SPERO
United States Magistrate Judge

2