UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WAYNE COOPER,<br><br>   Plaintiff(s),<br><br>   v.<br><br>THE STATE OF CALIFORNIA, ET AL.,<br><br>   Defendant(s).<br>_____/ | No. C-02-3712 JSW (JCS)<br><br>**ORDER DIRECTING PLAINTIFF'S COUNSEL AND THE CALIFORNIA ATTORNEY GENERAL'S OFFICE TO SERVE A COPY OF THE REPORT AND RECOMMENDATION ON VICTOR WAYNE COOPER** |

On December 18, 2006, the Court filed a Report and Recommendations re: Motions of Inmates Michael Camou, Michael Vaughn, and Floyd Henley [Docket No. 162].

IT IS HEREBY ORDERED that counsel for Victor Cooper and counsel for the Defendants shall serve a copy of the Report and Recommendation to Victor Cooper and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: December 21, 2006

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE