IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR W. COOPER,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al.

    Defendants.

No. C 02-03712 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTIONS**

The Court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation regarding the Motion to Enforce the Settlement Agreement filed by Michael Camou, Michael Vaughn, and Floyd Henley. Having considered the Report and Recommendation and having received no objections, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motions to enforce the Settlement Agreement are DENIED. The Court also adopts Judge Spero's recommendation with respect to the notice to be posted at California State Prison - Solano. Because Defendants acted prematurely and posted the recommended notice before this Court adopted Judge Spero's Report, the Court need not and does not set a deadline for posting the notice.

**IT IS SO ORDERED.**

Dated: January 9, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE