**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    VICTOR W. COOPER,

10            Plaintiff,                    No. C 02-03712 JSW

11      v.                                  **ORDER OF REFERRAL**

12   STATE OF CALIFORNIA, et al.

13            Defendants.
                                       /
14

15        On April 23, 2007, Alexander Mezhbein filed a motion to compel compliance with the

16   Settlement Agreement in this case (Docket No. 174).  Under the terms of that Settlement

17   Agreement, the parties agreed that Magistrate Judge Spero would preside over disputes that

18   might arise in connection with the Settlement Agreement and to enforce the terms of the

19   Settlement Agreement.  Settlement Agreement ¶ 8.  Accordingly, the Court referred Mezhbein's

20   motion to Magistrate Judge Spero for a report and recommendation on the motion.

21        On May 3, 2007, Judge Spero issued a report and recommendation, recommending that

22   the motion be denied on the ground that this Court's continuing jurisdiction over the Settlement

23   Agreement was terminated by Order dated January 9, 2007.  (*See* Docket No. 176.)  The Court's

24   January 9, 2007 Order adopted a Report and Recommendation relating to motions to enforce the

25   Settlement Agreement brought by inmates at CSP Solano.  Mr. Mezhbein, however, is an

26   inmate at CSP Chuckawalla.

27        On May 7, 2007, Defendants filed an opposition to Mr. Mezhbein's motion and argued

28   that the Court should deny the motion and decline to exercise continuing jurisdiction over the

1  Settlement Agreement as to claims raised by inmates incarcerated at facilities other than CSP

2  Solano.

3          On May 14, 2007, Mr. Mezhbein filed a timely objection to the Report and

4  Recommendation.  In light of those objections and the Defendants' opposition to Mr.

5  Mezhbein's initial motion, which were filed after Judge Spero issued his Report and

6  Recommendation, the Court HEREBY REFERS this matter back to Judge Spero for further

7  clarification or reconsideration of the May 3, 2007 Report and Recommendation.

8          **IT IS SO ORDERED.**

9

10  Dated:  May 22, 2007

       JEFFREY S. WHITE
11       UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1    UNITED STATES DISTRICT COURT

2    FOR THE

3    NORTHERN DISTRICT OF CALIFORNIA

4

5

6    COOPER,                                          Case Number: CV02-03712 JSW

            Plaintiff,                               **CERTIFICATE OF SERVICE**
7

8        v.

     STATE OF CALIFORNIA, THE ET AL et
9    al,

10           Defendant.
                                              /
11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
13
     That on May 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing
14   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
     depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
15   delivery receptacle located in the Clerk's office.

16
     Alexander Mezhbein C-20631
17   CVSP
     Chuckwalla Valley State Prison
18   P O Box 2349
     Blythe, CA 92226
19

20
     Dated: May 22, 2007                      *Jennifer Ottolini*
21                                            Richard W. Wieking, Clerk
                                              By: Jennifer Ottolini, Deputy Clerk
22

23

24

25

26

27

28