IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR W. COOPER,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al.

    Defendants.

No. C 02-03712 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTION TO ENFORCE SETTLEMENT AGREEMENT**

The Court has reviewed Magistrate Judge Joseph C. Spero's Amended Report and Recommendation re the motion to enforce the Settlement Agreement filed by Alexander Mezhbein. The Court also has considered Mr. Mezhbein's objections to Magistrate Judge Spero's Amended Report and Recommendation and his objections to the original Report and Recommendation.

Having considered the Amended Report and Recommendation, and having considered Mr. Mezhbein's objections thereto, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect, including its recommendation that continuing jurisdiction over the Settlement Agreement be terminated. Accordingly, the motion to enforce the Settlement Agreement is DENIED.

If Mr. Mezhbein seeks to assert legal challenges to the adequacy of the Kosher Diet Program at California State Prison - Chuckawalla, he may do so by filing a complaint in the

//

//

appropriate jurisdiction and in compliance with any exhaustion requirements that may apply to such claims.

**IT IS SO ORDERED.**

Dated: June 12, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COOPER,

        Plaintiff,

  v.

STATE OF CALIFORNIA, THE ET AL et al,

        Defendant.

Case Number: CV02-03712 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander Mezhbein C-20631
CVSP
Chuckwalla Valley State Prison
P O Box 2349
Blythe, CA 92226

James E. Flynn
John William Riches
Attorney General's Office
1300 I Street
Suite 125
PO Box 944255
Sacramento, CA 94244-2550

Dated: June 12, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk