IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR W. COOPER,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.<br><br>    Defendants.<br> _____ / | No. C 02-03712 JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF MANDATE AND DECLARATORY RELIEF** |

On July 24, 2007, Pierre Lebon Hoffman filed a Petition for Writ of Mandate & Declaratory Relief In Order to Enforce Petitioner [*sic*] Rights Under the Settlement Agreement At 6 Section II(6) in Cooper v. State of California.

On June 12, 2007, the Court adopted in full a recommendation from Magistrate Judge Spero and it terminated continuing jurisdiction over enforcement of the Settlement Agreement in the *Cooper* case. Mr. Hoffman's current petition raises a number of issues relating to the implementation of the Kosher Diet program at California State Prison - Soledad, and also appears to raise issues pertaining to the Americans With Disabilities Act, the latter of which are beyond the scope of the Settlement Agreement in *Cooper*.

Accordingly, the Court DENIES WITHOUT PREJUDICE Mr. Hoffman's petition. If Mr. Hoffman seeks to challenge the Kosher Diet Program at California State Prison - Soledad, or any other claims, he may do so by re-filing his petition as a new case, in compliance with any exhaustion requirements that may apply to such claims, and shall either submit an application to proceed in forma pauperis or pay the requisite filing fees.

**United States District Court**
For the Northern District of California

1  **IT IS SO ORDERED.**

2  Dated: July 25, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, THE ET AL et al,<br><br>        Defendant. | Case Number: CV02-03712 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Riches
Attorney General's Office
1300 I Street
Suite 125
PO Box 944255
Sacramento, CA 94244-2550

Pierre Lebon Hoffman
S.V.S.P.
P.O. Box 1050
Soledad, CA 93960-1050

Shinyung Oh
Paul Hastings Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA 94105

Dated: July 25, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk