IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR W. COOPER, | No. C 02-03712 JSW |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT** |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | **(Docket Nos. 199 and 203)** |

On February 1, 2011, Troy Rosenthal filed a document, which liberally construed, seeks enforcement of the Settlement Agreement in this case. (Docket 199.) The Court has received Magistrate Judge Spero's Report and Recommendation on the Motion. (Docket No. 203.) The time for filing objections has passed, and the Court has not received any objections.

The Court finds the Report well-reasoned and adopts it in every respect. Accordingly, Mr. Rosenthal's motion to enforce is denied without prejudice. Any legal challenges he seeks to assert regarding the Kosher Diet Program may be asserted in a complaint filed in the appropriate jurisdiction and in compliance with any exhaustion requirements that may apply to such claims. **IT IS SO ORDERED.**

Dated: August 30, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, THE ET AL et al,<br><br>        Defendant.<br>_____/ | Case Number: CV02-03712 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Rosenthal
P787736 / CIM-WJH 151L
PO Box 368
Chino, CA 91708-0368

Dated: August 30, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2