IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR W. COOPER, | No. C 02-03712 JSW |
|     Plaintiff, | **ORDER DENYING MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| STATE OF CALIFORNIA, | **(Docket No. 206)** |
|     Defendant. | |

On November 16, 2011, Kenneth Robert Brown filed a document, which liberally construed, seeks enforcement of the Settlement Agreement in this case. (Docket No. 206.) Mr. Brown's motion to enforce is denied without prejudice on the basis that the Court's continuing jurisdiction over the Settlement Agreement was terminated in an Order dated January 9, 2007, which adopted a Report and Recommendation of Magistrate Judge Spero, dated December 18, 2006. (*See* Docket Nos. 162, 170.) If Mr. Brown seeks to raise a legal challenge to the Kosher Diet Program, he may assert such challenges in a complaint filed in the appropriate jurisdiction and in compliance with any exhaustion requirements that may apply to such claims.

**IT IS SO ORDERED.**

Dated: November 28, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COOPER,

    Plaintiff,

v.

STATE OF CALIFORNIA, THE ET AL et al,

    Defendant.

Case Number: CV02-03712 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Robert Brown
P-21414 4A3R-04IL
California State Prison
P. O. Box 3476
Corcoran, CA 93212

Dated: November 28, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2