IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR W. COOPER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant.<br>_____ / | No. C 02-03712 JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR COPIES AND INSTRUCTIONS TO CLERK**<br><br>**(Docket No. 215)** |

On August 30, 2012, Roderick O. Fonseca, filed a letter asking this Court to issue an injunction, clarify the Settlement Agreement in this case is lawful, compel Calipatria State Prison to comply with the Settlement Agreement, appoint a special trustee and advocate counsel or an investigator to assist in filing a complaint. In light of the fact that the Court has terminated continuing jurisdiction over the Settlement Agreement, the Court DENIES Mr. Fonseca's requests without prejudice. Any legal challenges he seeks to assert regarding the Kosher Diet Program may be asserted in a complaint filed in the appropriate jurisdiction and in compliance with any exhaustion requirements that may apply to such claims.

**IT IS SO ORDERED.**

Dated: September 4, 2012

                                                        JEFFREY S. WHITE<br>                                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COOPER,

    Plaintiff,

v.

STATE OF CALIFORNIA, THE ET AL et al,

    Defendant.

Case Number: CV02-03712 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roderick O. Fonseca
G62902 D1-246
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233-5002

Dated: September 4, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk